IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL CURTIS REYNOLDS,
Petitioner,

v.

ERIC WILLIAMS,
Respondent.

Case No. 21–CV–00421–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Michael Curtis Reynolds' Motion Under 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.

**Dated: Friday, May 28, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**